Diana M. Estrada (State Bar No. 212702)
Diana.Estrada@wilsonelser.com
Jennifer A. Brody (State Bar No. 291668)
Jennifer.Brody@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

**Attorneys for Defendant,**
CHANDAN, INC., *erroneously sued as* TACO BELL #017420 and DEEPAK M. SHAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TACO BELL #017420, a business of unknown form; DEEPAK M. SHAH, an unmarried man; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:19-cv-00362-GW (SPx)<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |

TO THE COURT AND ALL PARTIES OF RECORD:

Defendant CHANDAN, INC., *erroneously sued as* TACO BELL #017420 and DEEPAK M. SHAH, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court ot evaluate possible disquailfication or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| James Rutherford | Plaintiff |
| Chandan, Inc. | Defendant |

Dated: April 4, 2019       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/Jennifer A. Brody
　　Diana M. Estrada
　　Jennifer A. Brody
　　Attorneys for Defendant,
　　CHANDAN, INC., *erroneously sued as* TACO BELL #017420 and DEEPAK M. SHAH